**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03-CV-1507 BRW** |
| | : | |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| | : | **Case No. 4:05-CV-00734** |
| **PATSY and JOHN RUSHING,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **BARR PHARMACEUTICALS, INC., and DURAMED PHARMACEUTICALS, INC.,** | : | |
| | : | |
| Defendants. | : | |

**JOINT MOTION TO DISMISS DEFENDANTS
BARR PHARMACEUTICALS, INC.
<u>AND DURAMED PHARMACEUTICALS, INC. WITH PREJUDICE</u>**

NOW COME Defendants Barr Pharmaceuticals, Inc., n/k/a Barr Pharmaceuticals, LLC ("Barr") and Duramed Pharmaceuticals, Inc., n/k/a Teva Women's Health, Inc. ("Duramed") and Plaintiffs Patsy and John Rushing ("Plaintiffs"), by and through their respective undersigned counsel, and, based on the June 23, 2011, decision of the United States Supreme Court in *Pliva v. Mensing*, move to dismiss Plaintiffs' claims against Defendants Barr and Duramed *with prejudice.*

Dated: November 2, 2011

Respectfully submitted,

/s/Gina M. Saelinger
Gina M. Saelinger (OH 0061866)
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
gsaelinger@ulmer.com
Telephone:  (513) 698-5114
Facsimile:  (513) 698-5115
*Counsel for Defendants Barr Pharmaceuticals, Inc.,*
*n/k/a Barr Pharmaceuticals, LLC and Duramed Pharmaceuticals, Inc., n/k/a*
*Teva Women's Health, Inc.*

/s/ James A. Morris, Jr.
James A. Morris, Jr. (TX Bar No. 14487050)
Morris Law Firm
11614 Bee Caves Road, Suite 220
Austin, TX 78738
jmorris@jamlawyers.com
TEL: (512) 263-7739
FAX: (512) 263-7615
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2011, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Gina M. Saelinger
*Counsel for Defendants Barr Pharmaceuticals, Inc., n/k/a Barr Pharmaceuticals, LLC and Duramed Pharmaceuticals, Inc., n/k/a Teva Women's Health, Inc.*